# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Ave NW
Washington DC 20001

Case: 1:17-cv-00517
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/20/2017
Description: Pro Se Gen. Civ.   (F-DECK)

**Harold William Van Allen**

351 North Road Hurley, NY 12443 845-389-4366 hvanallen@hvc.rr.com

v

**John Roberts (Art II executive and Art III Chief Judge)**
Supreme Court of the United States 1 First St, NE, Washington DC 20543

# Chief Judge, Supreme Court of the United States in his Article II official role (see Chief Judge John Jay 1789 Judiciary Act) executive department role as chief judge of the entire Article III constitutionally unified federal and individual state judiciaries

## Donald J Trump – CINC-POTUS (Article II -- Natural Born US Citizen)

## Michael R Pence -- VPOTUS (Article II – Natural Born US Citizen)

# Jefferson B Sessions, III – USAG

950 Pennsylvania Ave, NW Washington DC 20530-0001
**US Attorney – District of Columbia**
555 4th St., NW Washington DC 20530

**Chief Judge USCA1C**
1 Courthouse Way, Suite 2500 Boston, MA 02210
01cae 15-2379
01cae 16-1158

**Chief Judge USCA2C**
**40 Foley Square**
**New York, New York 10007**
02cae 15-3370
02cae 15-3472
02cae 16-1023



**Chief Judge USCA3C**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790
03cae 15-3463
03cae 15-3759

**Chief Judge USCA4C**
1100 East Main Street, Suite 501
Richmond, VA 23219
04cae 15-2505

**Chief Judge USCA5C**
600 S. Maestri Place
New Orleans, LA 70130 3408
05cae 15-41276

**Chief Judge USCA6C**
100 East Fifth Street
Cincinnati, Ohio 45202
06cae 15-6327

**Chief Judge USCA7C**
Room 2722
219 S. Dearborn Street
Chicago, IL 60604
07cae 15-3896

**Chief Judge USCA8C**
111 South 10th Street
St. Louis, MO. 63102
08cae 15-3775

**Chief Judge USCA9C**
95 7TH STREET,
SAN FRANCISCO, CA 94103
09cae 15-0195

**Chief Judge USCA10C**
1823 Stout Street
Denver, CO 80257-1823
10cae 15-1464

**Chief Judge USCA11C**

56 Forsyth Street, N.W.
Atlanta, GA 30303
11cae 15-15349

**Chief Judge USCA DCC**

333 Constitution Ave, NW (fifth Floor)
Washington, DC 20001

dccae 12-5414

dccae 13-5059

dccae 13-5160

dccae 14-5191

dccae 14-5325

dccae 14-5327

dccae 15-5218

dccae 15-5251

dccae 16-5120

dccae 16-5375

**NYSUCS**

New York State Unified Court System
Office of Court Administration, Rm. 852
25 Beaver Street
New York, NY 10004

| Kings | 029642/2008 | Disposed | STRUNK,CHRISTOPH EARL | CHRISTOPH EARL STRUNK - Prose | PATERSON,DAV A. | 07/08/201 5 | SYLVI A G. ASH, PT. 71 |
|---|---|---|---|---|---|---|---|

| Albany | 006418/2013 | Disposed | Van Allen | H. William Van Allen, SRL | NYS Secretary Of State, et al | NYS Attorney General | 08/25/2016 |
|---|---|---|---|---|---|---|---|

**AND ALL OTHER SIMILARLY SITIUATED STATE COURT CHIEF JUDGES**

# Including Motion for Special Three Judge District Court

# 28 U.S. Code § 2284

Certification of Service on both USAG and USA-DCD via USPS express mail

USCA-DCC United States Court of Appeals for the District of Columbia Circuit 16-XXXX-OP and
USDC-DCD United States District Court for the District of Columbia 16-cv-1426
333 Constitution Ave. NW
Washington DC 20001
U.S. Judicial Panel on Multidistrict Litigation JPML Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE Room G-255, North Lobby Washington, DC 20544-0005

RE: HAROLD WILLIAM VAN ALLEN
PO Box 312 / 351 North Rd Hurley NY 12443 845-389-4366 hvanallen@hvc.rr.com
John Jay and Donald J Trump Judiciary Act Project
Natural Born Citizen Party National Committee -- TrumpNotaryProject.org

December 17, 2016

Clerks of Court(s):

This letter-motion / errata supplements the USCA-DCC mandamus with the attached reassignment
directive/order signed by USDJ Huvelle acting in her administrative role as USDC-DCD Chair, Calendar
and Case Management Committee has reassigned without constitutional authority regarding Obama
appointees DJ KBS (Jackson) and DJ APM (Mehta) as well as similarly situated aka Obama appointed BAH
(Howell) USDC-DCD -- this universal and national multi-district litigation challenges all judicial
appointments made without constitutional authority by CINC-POTUS aka Barack Hussein Obama.

In addition, this letter-motion requests that all related multidistrict Harold William Van Allen and Natural
Born Citizen Party National Committee USDC-DCD and USCA-DCC cases as well as those in all other
districts and circuit courts nationally (attached Pacer Locator printout be associated / consolidated as
formally related cases.

Re: Quo Warranto or "by what authority" the class of similarly situated federal judges appointed /
nominated by constitutionally ineligible non-natural born citizen "aka Barack Hussein Obama" and
Further, this Mandamus also requests a Special Three Judge District Court Panel under 28 U.S. Code
2284 a constitutionally substantial by an ineligible aka Obama national census by executive actions
appointing / conducting the 2010 national census based state reapportionment and legislative
redistricting related congressional matters.

/s/

Harold William Van Allen

2/11/2017

**Harold William Van Allen**

351 North Road
Hurley, NY 12443
845-389-4366
hvanallen@hvc.rr.com

DCD/ DCC Related cases include:

USDC DCD 16-cv-1436 (NOA)

USCA DCC 16-5375-op

As well as mandamus and CINC POTUS eligibility related filings in all federal circuit courts (First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Federal Circuit, DC Circuit) as well as various state courts including NYSUCS

### Appellate Results

|  | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 9 | Van Allen, Harold W. (pty) | 03cae | 15-3463 | 1 | 10/15/2015 | 11/19/2015 |
| 10 | Van Allen, Harold W. (pty) | 03cae | 15-3759 | 1 | 11/17/2015 | 02/04/2016 |

**Appellate Results**

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 11 | Van Allen, Harold W. (pty) | 07cae | 15-3896 | 1 | 12/31/2015 | 01/06/2016 |
| 26 | Van Allen, Harold W. (pty) | dccae | 12-5414 | 2895 | 12/28/2012 | 02/14/2013 |
| 27 | Van Allen, Harold W. (pty) | dccae | 13-5059 | 1 | 02/19/2013 | 04/16/2013 |
| 28 | Van Allen, Harold W. (pty) | dccae | 13-5160 | 2440 | 05/31/2013 | 01/09/2014 |
| 29 | Van Allen, Harold W. (pty) | dccae | 14-5191 | 1 | 07/28/2014 | 12/03/2014 |
| 30 | Van Allen, Harold W. (pty) | dccae | 14-5325 | 2899 | 12/29/2014 | 08/14/2015 |
| 31 | Van Allen, Harold W. (pty) | dccae | 14-5327 | 2890 | 12/29/2014 | 08/11/2015 |
| 32 | Van Allen, Harold W. (pty) | dccae | 15-5218 | 2895 | 07/31/2015 | 05/05/2016 |
| 33 | Van Allen, Harold W. (pty) | dccae | 15-5251 | 1 | 09/09/2015 | 04/21/2016 |
| 34 | Van Allen, Harold W. (pty) | dccae | 16-5120 | 1 | 05/02/2016 | 07/12/2016 |
| 35 | Van Allen, Harold W. (pty) | dccae | 16-5375 | 1 | 12/19/2016 | |
| 36 | Van Allen, Harold William (pty) | 01cae | 15-2379 | 1 | 11/17/2015 | 11/30/2015 |

## Appellate Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 37 | Van Allen, Harold William (pty) | 01cae | 16-1158 | 1 | 02/08/2016 | 02/08/2016 |
| 38 | Van Allen, Harold William (pty) | 02cae | 15-3370 | 1 | 10/22/2015 | 12/17/2015 |
| 39 | Van Allen, Harold William (pty) | 02cae | 15-3472 | 1 | 10/29/2015 | 12/17/2015 |
| 40 | Van Allen, Harold William (pty) | 02cae | 16-1023 | 1 | 04/01/2016 | 06/16/2016 |
| 41 | Van Allen, Harold William (pty) | 04cae | 15-2505 | 1 | 12/03/2015 | 02/29/2016 |
| 42 | Van Allen, Harold William (pty) | 05cae | 15-41276 | 1 | 09/23/2015 | 04/19/2016 |
| 43 | Van Allen, Harold William (pty) | 06cae | 15-6327 | 1 | 12/02/2015 | 02/11/2016 |
| 44 | Van Allen, Harold William (pty) | 10cae | 15-1464 | 1 | 12/03/2015 | 12/08/2015 |
| 45 | Van Allen, Harold William (pty) | 11cae | 15-15349 | 1 | 12/02/2015 | 08/31/2016 |

## Civil Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Natural Born Citizen Party National Committee (mov) | txsdce | 1:2014-cv-00254 | 899 | 12/03/2014 | |
| 2 | NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE (pla) | dcdce | 1:2015-cv-01036 | 895 | 06/30/2015 | 07/06/2015 |

## Appellate Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 3 | Natural Born Citizen Party National Committee (pty) | 03cae | 15-3463 | 1 | 10/15/2015 | 11/19/2015 |
| 4 | Natural Born Citizen Party National Committee (pty) | 03cae | 15-3759 | 1 | 11/17/2015 | 02/04/2016 |
| 5 | Natural Born Citizen Party National Committee (pty) | 04cae | 15-2505 | 1 | 12/03/2015 | 02/29/2016 |

## Appellate Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 6 | Natural Born Citizen Party National Committee (pty) | 08cae | 15-3775 | 1 | 12/07/2015 | 12/09/2015 |
| 7 | Natural Born Citizen Party National Committee (pty) | 09cae | 15-80195 | 1 | 11/18/2015 | 01/27/2016 |
| 8 | Natural Born Citizen Party National Committee (pty) | dccae | 15-5218 | 2895 | 07/31/2015 | 05/05/2016 |
| 9 | Natural Born Citizen Party National Committee (pty) | dccae | 15-5251 | 1 | 09/09/2015 | 04/21/2016 |
| 10 | Natural Born Citizen Party National Committee (pty) | dccae | 16-5120 | 1 | 05/02/2016 | 07/12/2016 |
| 11 | Natural Born Citizen Party National Committee, et al. (pty) | 01cae | 15-2379 | 1 | 11/17/2015 | 11/30/2015 |
| 12 | Natural Born Citizen Party National Committee, et al. (pty) | 01cae | 16-1158 | 1 | 02/08/2016 | 02/08/2016 |

EX – A



Barack Obama with his first Supreme Court nominee, Sonia Sotomayor.

Following is a comprehensive list of all Article III and Article IV **United States federal judges** **appointed by** **President Barack Obama** during his presidency, as well as a partial list of Article I federal judicial appointments, excluding appointments to the District of Columbia judiciary.[1]

The total number of Obama Article III judgeship nominees to be confirmed by the United States Senate is 329, including two justices to the Supreme Court of the United States, 55 judges to the United States Courts of Appeals, 268 judges to the United States district courts, and four judges to the United States Court of International Trade.[2][3] Obama did not made any recess appointments to the federal courts.

In terms of Article I courts, Obama made 8 appointments to the United States Tax Court, 3 appointments to the United States Court of Federal Claims, 3 appointments to the United States Court of Appeals for Veterans Claims, 2 appointments to the United States Court of Military Commission Review, and 2 appointments to the United States Court of Appeals for the Armed Forces. He also elevated two chief judges of the Court of Federal Claims.

On the Article IV territorial courts, he made two appointments and elevated one judge to the position of chief judge.

## United States Supreme Court Justices

*Main article:* *Barack Obama Supreme Court candidates*

| # | Justice | Seat | State | Former Justice | Nomination date | Confirmation date | Confirmation vote |
|---|---------|------|-------|----------------|-----------------|-------------------|-------------------|
| 1 | Sonia Sotomayor | Seat 1 | New York | David Souter | June 1, 2009 | August 6, 2009 | 68–31 |
| 2 | Elena Kagan | Seat 3 | Massachusetts | John Paul Stevens | May 10, 2010 | August 5, 2010 | 63–37 |

## Courts of Appeals

| # | Judge | Circuit | Nomination date | Confirmation date | Confirmation vote | E |
|---|-------|---------|-----------------|-------------------|-------------------|---|
| 1 | Gerard E. Lynch | Second | April 2, 2009 | September 17, 2009 | 94–3 | Sept |
| 2 | Andre M. Davis | Fourth | April 2, 2009 | November 9, 2009 | 72–16 | Nove |
| 3 | David Hamilton | Seventh | March 17, 2009 | November 19, 2009 | 59–39 | Nove |
| 4 | Beverly B. Martin | Eleventh | June 19, 2009 | January 20, 2010 | 97–0 | Janu |
| 5 | Joseph A. Greenaway, Jr. | Third | June 19, 2009 | February 9, 2010 | 84–0 | Febr |
| 6 | Barbara Milano Keenan | Fourth | September 14, 2009 | March 2, 2010 | 99–0 | Marc |
| 7 | O. Rogeriee Thompson | First | October 6, 2009 | March 17, 2010 | 98–0 | Marc |
|   | Thomas I. |  |  |  |  |  |

| 8 | Vanaskie | Third | August 6, 2009 | April 21, 2010 | 77–20 | April |
| 9 | Denny Chin | Second | October 6, 2009 | April 22, 2010 | 98–0 | April |
| 10 | James A. Wynn, Jr. | Fourth | November 4, 2009 | August 5, 2010 | unanimous consent | Augu |
| 11 | Jane Branstetter Stranch | Sixth | August 6, 2009 | September 13, 2010 | 71–21 | Sept |
| 12 | Albert Diaz | Fourth | November 4, 2009 | December 18, 2010 | unanimous consent | Dece |
| 13 | Raymond Lohier | Second | March 10, 2010 | December 19, 2010 | 92–0 | Dece |
| 14 | Mary H. Murguia | Ninth | March 25, 2010 | December 22, 2010 | 89–0 | Janu |
| 15 | Scott Matheson, Jr. | Tenth | March 3, 2010 | December 22, 2010 | voice vote | Dece |
| 16 | Kathleen M. O'Malley | Federal | March 10, 2010 | December 22, 2010 | unanimous consent | Dece |
| 17 | James E. Graves, Jr. | Fifth | January 5, 2011[Rn 1] | February 14, 2011 | voice vote | Febr |
| 18 | Jimmie V. Reyna | Federal | January 5, 2011[Rn 2] | April 4, 2011 | 86–0 | April |
| 19 | Susan L. Carney | Second | January 5, 2011[Rn 3] | May 17, 2011 | 71–28 | May |
| 20 | Bernice B. Donald | Sixth | January 5, 2011[Rn 4] | September 6, 2011 | 96–2 | Sept |
| 21 | Henry Franklin Floyd | Fourth | January 26, 2011 | October 3, 2011 | 96–0 | Octo |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Stephen A. Higginson | Fifth | May 9, 2011 | October 31, 2011 | 88–0 | Nove |
| 23 | Evan Wallach | Federal | July 28, 2011 | November 8, 2011 | 99–0 | Nove |
| 24 | Christopher F. Droney | Second | May 4, 2011 | November 28, 2011 | 88–0 | Dece |
| 25 | Morgan Christen | Ninth | May 18, 2011 | December 15, 2011 | 95–3 | Janu |
| 26 | Adalberto Jordan | Eleventh | August 2, 2011 | February 15, 2012 | 94–5 | Febr |
| 27 | Stephanie Thacker | Fourth | September 8, 2011 | April 16, 2012 | 91–3 | April |
| 28 | Jacqueline Nguyen | Ninth | September 22, 2011 | May 7, 2012 | 91–3 | May |
| 29 | Paul J. Watford | Ninth | October 17, 2011 | May 21, 2012 | 61–34 | May |
| 30 | Andrew D. Hurwitz | Ninth | November 2, 2011 | June 12, 2012 | voice vote | June |
| 31 | William J. Kayatta, Jr. | First | January 3, 2013[Rn 5] | February 13, 2013 | 88–12 | Febr |
| 32 | Robert E. Bacharach | Tenth | January 3, 2013[Rn 5] | February 25, 2013 | 93–0 | Febr |
| 33 | Richard G. Taranto | Federal | January 3, 2013[Rn 6] | March 11, 2013 | 91–0 | Marc |
| 34 | Patty Shwartz | Third | January 3, 2013[Rn 7] | April 9, 2013 | 64–34 | April |
| 35 | Jane Louise Kelly | Eighth | January 31, 2013 | April 24, 2013 | 96–0 | April |
| 36 | Sri Srinivasan | D.C. | January 3, 2013[Rn 8] | May 23, 2013 | 97–0 | May |

| 37 | Gregory A. Phillips | Tenth | January 31, 2013 | July 8, 2013 | 88–0 | July |
| 38 | Raymond T. Chen | Federal | February 7, 2013 | August 1, 2013 | 97–0 | Augu |
| 39 | Todd M. Hughes | Federal | February 7, 2013 | September 24, 2013 | 98–0 | Sept |
| 40 | Patricia Ann Millett | D.C. | June 4, 2013 | December 10, 2013 | 56–38 | Dece |
| 41 | Nina Pillard | D.C. | June 4, 2013 | December 12, 2013 | 51–44 | Dece |
| 42 | Robert L. Wilkins | D.C. | June 4, 2013 | January 13, 2014 | 55–43 | Janu |
| 43 | Carolyn B. McHugh | Tenth | January 6, 2014[Rn 9] | March 12, 2014 | 98–0 | Marc |
| 44 | John B. Owens | Ninth | January 6, 2014[Rn 10] | March 31, 2014 | 56–43 | April |
| 45 | Michelle Friedland | Ninth | January 6, 2014[Rn 10] | April 28, 2014 | 51–40 | April |
| 46 | Nancy Moritz | Tenth | January 6, 2014[Rn 10] | May 5, 2014 | 90–3 | July |
| 47 | Robin S. Rosenbaum | Eleventh | January 6, 2014[Rn 11] | May 12, 2014 | 91–0 | June |
| 48 | Gregg Costa | Fifth | January 6, 2014[Rn 12] | May 20, 2014 | 97–0 | June |
| 49 | David Jeremiah Barron | First | January 6, 2014[Rn 13] | May 22, 2014 | 53–45 | May |
| 50 | Cheryl Ann Krause | Third | February 6, 2014 | July 7, 2014 | 93–0 | July |
| 51 | Julie E. Carnes | Eleventh | January 6, 2014[Rn 12] | July 21, 2014 | 94–0 | July |

| 52 | Pamela Harris | Fourth | May 8, 2014 | July 28, 2014 | 50–43 | July |
| 53 | Jill A. Pryor | Eleventh | January 6, 2014[Rn 14] | September 8, 2014 | 97–0 | Sept |
| 54 | Kara Farnandez Stoll | Federal | January 7, 2015[Rn 15] | July 7, 2015 | 95–0 | July |
| 55 | Luis Felipe Restrepo | Third | January 7, 2015[Rn 15] | January 11, 2016 | 82–6 | Janu |

## District courts

| # | Judge | Court [Note 1] | Nomination date | Confirmation date | Confirmation vote |
| --- | --- | --- | --- | --- | --- |
| 1 | Jeffrey L. Viken | D.S.D. | June 25, 2009 | September 29, 2009 | 99–0 |
| 2 | Roberto A. Lange | D.S.D. | July 8, 2009 | October 21, 2009 | 100–0 |
| 3 | Irene C. Berger | S.D.W.Va. | July 8, 2009 | October 27, 2009 | 97–0 |
| 4 | Charlene Honeywell | M.D. Fla. | June 25, 2009 | November 9, 2009 | 88–0 |
| 5 | Christina Reiss | D. Vt. | October 13, 2009 | November 21, 2009 | unanimous consent |
| 6 | Abdul K. Kallon | N.D. Ala. | July 31, 2009 | November 21, 2009 | unanimous consent |
| 7 | Jacqueline H. Nguyen | C.D. Cal. | July 31, 2009 | December 1, 2009 | 97–0 |
| 8 | Richard G. Seeborg | N.D. Cal. | August 6, 2009 | December 24, 2009 | unanimous consent |

| 9 | Dolly M. Gee | C.D. Cal. | August 6, 2009 | December 24, 2009 | unanimous consent |
| 10 | Rosanna M. Peterson | E.D. Wash. | October 13, 2009 | January 25, 2010 | 89–0 |
| 11 | William M. Conley | W.D. Wis. | October 29, 2009 | March 4, 2010 | 99–0 |
| 12 | Gloria Navarro | D. Nev. | December 24, 2009 | May 5, 2010 | 98–0 |
| 13 | Nancy D. Freudenthal | D. Wyo. | December 3, 2009 | May 5, 2010 | 96–1 |
| 14 | D. Price Marshall Jr. | E.D. Ark. | December 3, 2009 | May 5, 2010 | voice vote |
| 15 | Timothy Black | S.D. Ohio | December 24, 2009 | May 11, 2010 | voice vote |
| 16 | Jon DeGuilio | N.D. Ind. | January 20, 2010 | May 11, 2010 | voice vote |
| 17 | Audrey G. Fleissig | E.D. Mo. | January 20, 2010 | June 7, 2010 | 90–0 |
| 18 | Lucy H. Koh | N.D. Cal. | January 20, 2010 | June 7, 2010 | 90–0 |
| 19 | Jane Magnus-Stinson | S.D. Ind. | January 20, 2010 | June 7, 2010 | voice vote |
| 20 | Tanya Walton Pratt | S.D. Ind. | January 20, 2010 | June 15, 2010 | 95–0 |
| 21 | Brian Anthony Jackson | M.D. La. | October 29, 2009 | June 15, 2010 | 96–0 |
| 22 | Elizabeth Erny Foote | W.D. La. | February 4, 2010 | June 15, 2010 | voice vote |
| 23 | Mark A. Goldsmith | E.D. Mich. | February 4, 2010 | June 21, 2010 | 89–0 |

| 24 | Marc Thomas Treadwell | M.D. Ga. | February 4, 2010 | June 21, 2010 | 89–0 |
| 25 | Josephine L. Staton | C.D. Cal. | February 4, 2010 | June 21, 2010 | voice vote |
| 26 | Gary Feinerman | N.D. Ill. | February 24, 2010 | June 28, 2010 | 80–0 |
| 27 | Sharon Johnson Coleman | N.D. Ill. | February 24, 2010 | July 12, 2010 | 86–0 |
| 28 | J. Michelle Childs | D.S.C. | December 22, 2009 | August 5, 2010 | unanimous consent |
| 29 | Richard Mark Gergel | D.S.C. | December 22, 2009 | August 5, 2010 | unanimous consent |
| 30 | Leonard P. Stark | D. Del. | March 17, 2010 | August 5, 2010 | unanimous consent |
| 31 | Catherine Eagles | M.D.N.C. | March 10, 2010 | December 16, 2010 | unanimous consent |
| 32 | Kimberly J. Mueller | E.D. Cal. | March 10, 2010 | December 16, 2010 | unanimous consent |
| 33 | John A. Gibney, Jr. | E.D. Va. | April 14, 2010 | December 16, 2010 | unanimous consent |
| 34 | James K. Bredar | D. Md. | April 21, 2010 | December 16, 2010 | unanimous consent |
| 35 | Susan Richard Nelson | D. Minn. | April 21, 2010 | December 17, 2010 | unanimous consent |
| 36 | Denise J. Casper | D. Mass. | April 28, 2010 | December 17, 2010 | unanimous consent |
|  | Ellen Lipton |  |  |  |  |

| 37 | Hollander | D. Md. | April 21, 2010 | December 18, 2010 | 95–0 |
| 38 | Edmond E. Chang | N.D. Ill. | April 21, 2010 | December 18, 2010 | unanimous consent |
| 39 | Leslie E. Kobayashi | D. Haw. | April 21, 2010 | December 18, 2010 | unanimous consent |
| 40 | Carlton W. Reeves | S.D. Miss. | April 28, 2010 | December 19, 2010 | unanimous consent |
| 41 | Benita Y. Pearson | N.D. Ohio | December 3, 2009 | December 21, 2010 | 56–39 |
| 42 | William J. Martínez | D. Colo. | February 24, 2010 | December 21, 2010 | 58–37 |
| 43 | Beryl A. Howell | D.D.C. | July 14, 2010 | December 22, 2010 | unanimous consent |
| 44 | Robert L. Wilkins | D.D.C. | May 20, 2010 | December 22, 2010 | unanimous consent |
| 45 | Marco A. Hernandez | D. Ore. | January 5, 2011[Rn 16] | February 7, 2011 | unanimous consent |
| 46 | Diana Saldaña | S.D. Tex. | January 5, 2011[Rn 16] | February 7, 2011 | 94–0 |
| 47 | Paul K. Holmes III | W.D. Ark. | January 5, 2011[Rn 17] | February 7, 2011 | 95–0 |
| 48 | Edward J. Davila | N.D. Cal. | January 5, 2011[Rn 3] | February 14, 2011 | 93–0 |
| 49 | Amy Totenberg | N.D. Ga. | January 5, 2011[Rn 18] | February 28, 2011 | voice vote |
| 50 | Steve C. Jones | N.D. Ga. | January 5, 2011[Rn 16] | February 28, 2011 | 90–0 |
| 51 | Sue E. Myerscough | C.D. Ill. | January 5, 2011[Rn 19] | March 7, 2011 | voice vote |

| 52 | James E. Shadid | C.D. Ill. | January 5, 2011[Rn 20] | March 7, 2011 | 89–0 |
| 53 | Anthony J. Battaglia | S.D. Cal. | January 5, 2011[Rn 3] | March 7, 2011 | 89–0 |
| 54 | Max O. Cogburn, Jr. | W.D.N.C. | January 5, 2011[Rn 20] | March 10, 2011 | 96–0 |
| 55 | James E. Boasberg | D.D.C. | January 5, 2011[Rn 21] | March 14, 2011 | 96–0 |
| 56 | Amy Berman Jackson | D.D.C. | January 5, 2011[Rn 21] | March 17, 2011 | 97–0 |
| 57 | Mae D'Agostino | N.D.N.Y. | January 5, 2011[Rn 2] | March 28, 2011 | 88–0 |
| 58 | Vincent L. Briccetti | S.D.N.Y. | January 5, 2011[Rn 22] | April 12, 2011 | unanimous consent |
| 59 | John A. Kronstadt | C.D. Cal. | January 5, 2011[Rn 22] | April 12, 2011 | 96–0 |
| 60 | Roy B. Dalton, Jr. | M.D. Fla. | January 5, 2011[Rn 22] | May 2, 2011 | unanimous consent |
| 61 | Kevin H. Sharp | M.D. Tenn. | January 5, 2011[Rn 22] | May 2, 2011 | 89–0 |
| 62 | John J. McConnell, Jr. | D.R.I. | January 5, 2011[Rn 23] | May 4, 2011 | 50–44 |
| 63 | Edward M. Chen | N.D. Cal. | January 5, 2011[Rn 24] | May 10, 2011 | 56–42 |
| 64 | Arenda L. Wright Allen | E.D. Va. | January 5, 2011[Rn 4] | May 11, 2011 | 96–0 |
| 65 | Michael F. Urbanski | W.D. Va. | January 5, 2011[Rn 4] | May 12, 2011 | 94–0 |
| 66 | Claire C. | D.N.J. | January 5, 2011[Rn 4] | June 14, 2011 | 98–0 |

| | Cecchi | | | | |
|---|---|---|---|---|---|
| 67 | Esther Salas | D.N.J. | January 5, 2011[Rn 4] | June 14, 2011 | voice vote |
| 68 | Michael H. Simon | D. Ore. | January 5, 2011[Rn 16] | June 21, 2011 | 64–35 |
| 69 | J. Paul Oetken | S.D.N.Y. | January 26, 2011 | July 18, 2011 | 80–13 |
| 70 | Paul A. Engelmayer | S.D.N.Y. | February 2, 2011 | July 26, 2011 | 98–0 |
| 71 | Sara Lynn Darrow | C.D. Ill. | January 5, 2011[Rn 22] | August 2, 2011 | unanimous consent |
| 72 | R. Brooke Jackson | D. Colo. | January 5, 2011[Rn 2] | August 2, 2011 | unanimous consent |
| 73 | Kathleen M. Williams | S.D. Fla. | January 5, 2011[Rn 25] | August 2, 2011 | unanimous consent |
| 74 | Nelva Gonzales Ramos | S.D. Tex. | January 26, 2011 | August 2, 2011 | unanimous consent |
| 75 | John Andrew Ross | E.D. Mo. | January 5, 2011[Rn 4] | September 20, 2011 | unanimous consent |
| 76 | Timothy M. Cain | D.S.C. | February 16, 2011 | September 20, 2011 | 99–0 |
| 77 | Nannette Jolivette Brown | E.D. La. | March 2, 2011 | October 3, 2011 | unanimous consent |
| 78 | Nancy Torresen | D. Me. | March 2, 2011 | October 3, 2011 | unanimous consent |
| 79 | William Francis Kuntz | E.D.N.Y. | March 9, 2011 | October 3, 2011 | unanimous consent |
| 80 | Marina | S.D. Tex. | January 5, 2011[Rn 26] | October 3, 2011 | unanimous |

| | | | | | |
|---|---|---|---|---|---|
| | Marmolejo | | | | consent |
| 81 | Jennifer Guerin Zipps | D. Ariz. | June 23, 2011 | October 3, 2011 | unanimous consent |
| 82 | Jane Margaret Triche Milazzo | E.D. La. | March 16, 2011 | October 11, 2011 | 98–0 |
| 83 | Alison J. Nathan | S.D.N.Y. | March 31, 2011 | October 13, 2011 | 48–44 |
| 84 | Susan Owens Hickey | W.D. Ark. | April 6, 2011 | October 13, 2011 | 83–8 |
| 85 | Katherine B. Forrest | S.D.N.Y. | May 4, 2011 | October 13, 2011 | voice vote |
| 86 | Cathy Bissoon | W.D. Pa. | January 5, 2011[Rn 22] | October 17, 2011 | 82–3 |
| 87 | Mark R. Hornak | W.D. Pa. | January 5, 2011[Rn 4] | October 19, 2011 | voice vote |
| 88 | Robert N. Scola, Jr. | S.D. Fla. | May 4, 2011 | October 19, 2011 | voice vote |
| 89 | Robert D. Mariani | M.D. Pa. | January 5, 2011[Rn 4] | October 19, 2011 | 82–17 |
| 90 | Richard G. Andrews | D. Del. | May 11, 2011 | November 3, 2011 | unanimous consent |
| 91 | Scott W. Skavdahl | D. Wyo. | February 16, 2011 | November 3, 2011 | 96–0 |
| 92 | Sharon L. Gleason | D. Ak. | April 6, 2011 | November 15, 2011 | 87–8 |
| 93 | Yvonne Gonzalez | N.D. Cal. | May 4, 2011 | November 15, 2011 | 89–6 |

| | Rogers | | | | |
|---|---|---|---|---|---|
| 94 | Edgardo Ramos | S.D.N.Y. | May 4, 2011 | December 5, 2011 | 89–0 |
| 95 | Andrew L. Carter, Jr. | S.D.N.Y. | May 19, 2011 | December 5, 2011 | voice vote |
| 96 | James Rodney Gilstrap | E.D. Tex. | May 19, 2011 | December 5, 2011 | voice vote |
| 97 | Dana L. Christensen | D. Mont. | May 4, 2011 | December 5, 2011 | voice vote |
| 98 | John M. Gerrard | D. Neb. | May 4, 2011 | January 23, 2012 | 74–16 |
| 99 | Cathy Ann Bencivengo | S.D. Cal. | May 11, 2011 | February 9, 2012 | 90–6 |
| 100 | Jesse M. Furman | S.D.N.Y. | June 7, 2011 | February 17, 2012 | 62–34 |
| 101 | Margo Kitsy Brodie | E.D.N.Y. | June 7, 2011 | February 27, 2012 | 86–2 |
| 102 | Mary Elizabeth Phillips | W.D. Mo. | June 7, 2011 | March 6, 2012 | 95–2 |
| 103 | Thomas O. Rice | E.D. Wash. | June 29, 2011 | March 6, 2012 | 93–4 |
| 104 | Gina Marie Groh | N.D.W.Va. | May 19, 2011 | March 15, 2012 | 95–2 |
| 105 | Michael W. Fitzgerald | C.D. Cal. | July 20, 2011 | March 15, 2012 | 91–6 |
| 106 | David Nuffer | D. Utah | June 29, 2011 | March 22, 2012 | 96–2 |
| 107 | Ronnie | S.D.N.Y. | July 28, 2011 | March 22, 2012 | 96–2 |

| | Abrams | | | | |
|---|---|---|---|---|---|
| 108 | Rudolph Contreras | D.D.C. | July 28, 2011 | March 22, 2012 | voice vote |
| 109 | Miranda Du | D. Nev. | August 2, 2011 | March 28, 2012 | 59–39 |
| 110 | Susie Morgan | E.D. La. | June 7, 2011 | March 28, 2012 | 96–1 |
| 111 | Brian C. Wimes | E.D. Mo. W.D. Mo. | September 22, 2011 | April 23, 2012 | 92–1 |
| 112 | Gregg Costa | S.D. Tex | September 8, 2011 | April 26, 2012 | 97–2 |
| 113 | David Campos Guaderrama | W.D. Tex. | September 14, 2011 | April 26, 2012 | voice vote |
| 114 | Kristine G. Baker | E.D. Ark. | November 2, 2011 | May 7, 2012 | voice vote |
| 115 | John Z. Lee | N.D. Ill. | November 10, 2011 | May 7, 2012 | voice vote |
| 116 | George Levi Russell III | D. Md. | November 10, 2011 | May 14, 2012 | voice vote |
| 117 | John J. Tharp, Jr. | N.D. Ill. | November 10, 2011 | May 14, 2012 | 86–1 |
| 118 | Timothy S. Hillman | D. Mass. | November 30, 2011 | June 4, 2012 | 88–1 |
| 119 | Jeffrey J. Helmick | N.D. Ohio | May 11, 2011 | June 6, 2012 | 62–36 |
| 120 | Mary Geiger Lewis | D.S.C. | March 16, 2011 | June 18, 2012 | 64–27 |
| 121 | Robin S. Rosenbaum | S.D. Fla. | November 30, 2011 | June 26, 2012 | 92–3 |
| 122 | John Thomas Fowlkes, Jr. | W.D. Tenn. | December 16, 2011 | July 10, 2012 | 94–2 |

| | | | | | |
|---|---|---|---|---|---|
| 123 | Kevin McNulty | D.N.J. | December 16, 2011 | July 16, 2012 | 91–3 |
| 124 | Michael A. Shipp | D.N.J. | January 23, 2012 | July 23, 2012 | 91–1 |
| 125 | Gershwin A. Drain | E.D. Mich. | November 17, 2011 | August 2, 2012 | 55–41 |
| 126 | Stephanie Marie Rose | S.D. Iowa | February 2, 2012 | September 10, 2012 | 89–1 |
| 127 | Gonzalo P. Curiel | S.D. Cal. | November 10, 2011 | September 21, 2012 | voice vote |
| 128 | Robert J. Shelby | D. Utah | November 30, 2011 | September 21, 2012 | voice vote |
| 129 | Paul W. Grimm | D. Md. | February 16, 2012 | December 3, 2012 | 92–1 |
| 130 | Michael P. Shea | D. Conn. | February 2, 2012 | December 5, 2012 | 72–23 |
| 131 | Mark E. Walker | N.D. Fla. | February 16, 2012 | December 6, 2012 | 94–0 |
| 132 | Terrence G. Berg | E.D. Mich. | April 25, 2012 | December 6, 2012 | voice vote |
| 133 | John E. Dowdell | N.D. Okla. | February 29, 2012 | December 11, 2012 | 95–0 |
| 134 | Jesus G. Bernal | C.D. Cal. | April 25, 2012 | December 11, 2012 | voice vote |
| 135 | Lorna G. Schofield | S.D.N.Y. | April 25, 2012 | December 13, 2012 | 91–0 |
| 136 | Frank Paul Geraci, Jr. | W.D.N.Y. | May 14, 2012 | December 13, 2012 | voice vote |
| 137 | Fernando M. Olguin | C.D. Cal. | May 14, 2012 | December 17, 2012 | voice vote |

| | | | | | |
|---|---|---|---|---|---|
| 138 | Thomas M. Durkin | N.D. Ill. | May 21, 2012 | December 17, 2012 | voice vote |
| 139 | Matthew W. Brann | M.D. Pa. | May 17, 2012 | December 21, 2012 | unanimous consent |
| 140 | Malachy E. Mannion | M.D. Pa. | May 17, 2012 | December 21, 2012 | unanimous consent |
| 141 | Jon S. Tigar | N.D. Cal. | June 11, 2012 | December 21, 2012 | unanimous consent |
| 142 | Pamela K. Chen | E.D.N.Y. | January 3, 2013[Rn 27] | March 4, 2013 | voice vote |
| 143 | Katherine Polk Failla | S.D.N.Y. | January 3, 2013[Rn 28] | March 4, 2013 | 91–0 |
| 144 | Andrew Patrick Gordon | D. Nev. | January 3, 2013[Rn 29] | March 11, 2013 | voice vote |
| 145 | Ketanji Brown Jackson | D.D.C. | January 3, 2013[Rn 30] | March 22, 2013 | voice vote |
| 146 | Raymond P. Moore | D. Colo. | January 3, 2013[Rn 31] | March 22, 2013 | voice vote |
| 147 | Troy L. Nunley | E.D. Cal. | January 3, 2013[Rn 28] | March 22, 2013 | voice vote |
| 148 | Beverly Reid O'Connell | C.D. Cal. | January 3, 2013[Rn 31] | April 15, 2013 | 92–0 |
| 149 | Analisa Torres | S.D.N.Y. | January 3, 2013[Rn 31] | April 18, 2013 | voice vote |
| 150 | Derrick Kahala Watson | D. Haw. | January 3, 2013[Rn 31] | April 18, 2013 | 94–0 |
| | Shelly | | | | |

| 151 | Deckert Dick | M.D. La. | January 3, 2013[Rn 32] | May 9, 2013 | voice vote |
|---|---|---|---|---|---|
| 152 | Nelson S. Roman | S.D.N.Y. | January 3, 2013[Rn 30] | May 9, 2013 | 97–0 |
| 153 | William H. Orrick III | N.D. Cal. | January 3, 2013[Rn 8] | May 15, 2013 | 56–41 |
| 154 | Sheri Polster Chappell | M.D. Fla. | January 3, 2013[Rn 28] | May 20, 2013 | 90–0 |
| 155 | Michael J. McShane | D. Ore. | January 3, 2013[Rn 29] | May 20, 2013 | voice vote |
| 156 | Nitza I. Quiñones Alejandro | E.D. Pa. | January 3, 2013[Rn 33] | June 13, 2013 | voice vote |
| 157 | Jeffrey L. Schmehl | E.D. Pa. | January 3, 2013[Rn 33] | June 13, 2013 | 100–0 |
| 158 | Luis Felipe Restrepo | E.D. Pa. | January 3, 2013[Rn 33] | June 17, 2013 | voice vote |
| 159 | Kenneth John Gonzales | D.N.M. | January 3, 2013[Rn 31] | June 17, 2013 | 89–0 |
| 160 | Jennifer A. Dorsey | D. Nev. | January 3, 2013[Rn 29] | July 9, 2013 | 54–41 |
| 161 | Valerie E. Caproni | S.D.N.Y. | January 3, 2013[Rn 31] | September 9, 2013 | 73–24 |
| 162 | Vernon S. Broderick | S.D.N.Y. | April 15, 2013 | September 9, 2013 | voice vote |
| 163 | Colin S. Bruce | C.D. Ill. | May 6, 2013 | October 7, 2013 | 96–0 |
| 164 | Sara L. Ellis | N.D. Ill. | May 6, 2013 | October 7, 2013 | voice vote |
| | Andrea R. | | | | |

| 165 | Wood | N.D. Ill. | May 6, 2013 | October 14, 2013 | voice vote |
|---|---|---|---|---|---|
| 166 | Madeline Hughes Haikala | N.D. Ala. | May 9, 2013 | October 14, 2013 | 90–0 |
| 167 | Gregory Howard Woods | S.D.N.Y. | May 9, 2013 | November 4, 2013 | voice vote |
| 168 | Debra M. Brown | N.D. Miss. | May 16, 2013 | November 4, 2013 | 90–0 |
| 169 | Elizabeth A. Wolford | W.D.N.Y. | May 16, 2013 | December 12, 2013 | 70–29 |
| 170 | Landya B. McCafferty | D.N.H. | May 23, 2013 | December 12, 2013 | 79–19 |
| 171 | Brian Morris | D. Mont. | May 23, 2013 | December 12, 2013 | 75–20 |
| 172 | Susan P. Watters | D. Mont. | May 23, 2013 | December 12, 2013 | 77–19 |
| 173 | Brian J. Davis | M.D. Fla. | January 3, 2013[Rn 34] | December 20, 2013 | 68–26 |
| 174 | Jeffrey A. Meyer | D. Conn. | January 6, 2014[Rn 35] | February 24, 2014 | 91–2 |
| 175 | James Maxwell Moody, Jr. | E.D. Ark. | January 6, 2014[Rn 36] | February 25, 2014 | 95–4 |
| 176 | James Donato | N.D. Cal. | January 6, 2014[Rn 37] | February 25, 2014 | 90–5 |
| 177 | Beth Labson Freeman | N.D. Cal. | January 6, 2014[Rn 37] | February 25, 2014 | 91–7 |
| 178 | Pedro Delgado | D.P.R. | January 6, 2014[Rn 38] | March 5, 2014 | 98–0 |

| | Hernández | | | | |
|---|---|---|---|---|---|
| 179 | Pamela L. Reeves | E.D. Tenn. | January 6, 2014[Rn 39] | March 5, 2014 | 99–0 |
| 180 | Timothy L. Brooks | W.D. Ark. | January 6, 2014[Rn 35] | March 5, 2014 | 100–0 |
| 181 | Vince Girdhari Chhabria | N.D. Cal. | January 6, 2014[Rn 36] | March 5, 2014 | 58–41 |
| 182 | Matthew Frederick Leitman | E.D. Mich. | January 6, 2014[Rn 36] | March 12, 2014 | 98–0 |
| 183 | Judith Ellen Levy | E.D. Mich. | January 6, 2014[Rn 36] | March 12, 2014 | 97–0 |
| 184 | Laurie J. Michelson | E.D. Mich. | January 6, 2014[Rn 36] | March 12, 2014 | 98–0 |
| 185 | Linda Vivienne Parker | E.D. Mich. | January 6, 2014[Rn 36] | March 12, 2014 | 60–37 |
| 186 | Christopher Reid Cooper | D.D.C. | January 6, 2014[Rn 40] | March 26, 2014 | 100–0 |
| 187 | M. Douglas Harpool | W.D. Mo. | January 6, 2014[Rn 40] | March 26, 2014 | 93–5 |
| 188 | Gerald Austin McHugh, Jr. | E.D. Pa. | January 6, 2014[Rn 40] | March 26, 2014 | 59–41 |
| 189 | Edward G. Smith | E.D. Pa. | January 6, 2014[Rn 40] | March 26, 2014 | 69–31 |
| 190 | Sheryl H. Lipman | W.D. Tenn. | January 6, 2014[Rn 40] | April 30, 2014 | 95–0 |
| 191 | Stanley Allen Bastian | E.D. Wash. | January 6, 2014[Rn 41] | April 30, 2014 | 95–0 |

| 192 | Manish S. Shah | N.D. Ill. | January 6, 2014[Rn 41] | April 30, 2014 | 95–0 |
| 193 | Daniel D. Crabtree | D. Kan. | January 6, 2014[Rn 40] | April 30, 2014 | 94–0 |
| 194 | Cynthia Ann Bashant | S.D. Cal. | January 6, 2014[Rn 41] | April 30, 2014 | 94–0 |
| 195 | Jon D. Levy | D. Me. | January 6, 2014[Rn 41] | April 30, 2014 | 75–20 |
| 196 | Theodore D. Chuang | D. Md. | January 6, 2014[Rn 42] | May 1, 2014 | 53–42 |
| 197 | George J. Hazel | D. Md. | January 6, 2014[Rn 42] | May 1, 2014 | 95–0 |
| 198 | Indira Talwani | D. Mass. | January 6, 2014[Rn 43] | May 8, 2014 | 94–0 |
| 199 | James D. Peterson | W.D. Wis. | January 6, 2014[Rn 11] | May 8, 2014 | 70–24 |
| 200 | Nancy J. Rosenstengel | S.D. Ill. | January 6, 2014[Rn 11] | May 8, 2014 | 95–0 |
| 201 | Steven Paul Logan | D. Ariz. | January 6, 2014[Rn 41] | May 14, 2014 | 96–0 |
| 202 | John Joseph Tuchi | D. Ariz. | January 6, 2014[Rn 41] | May 14, 2014 | 96–0 |
| 203 | Diane Humetewa | D. Ariz. | January 6, 2014[Rn 41] | May 14, 2014 | 96–0 |
| 204 | Rosemary Márquez | D. Ariz. | January 6, 2014[Rn 44] | May 15, 2014 | 81–15 |
| 205 | Douglas L. Rayes | D. Ariz. | January 6, 2014[Rn 41] | May 15, 2014 | 77–19 |
| 206 | James Alan Soto | D. Ariz. | January 6, 2014[Rn 12] | May 15, 2014 | 95–1 |
| 207 | Mark G. | D. Mass. | January 6, 2014[Rn 43] | June 4, 2014 | 92–2 |

| | | | | | |
|---|---|---|---|---|---|
| | Mastroianni | | | | |
| 208 | Bruce Howe Hendricks | D.S.C. | January 6, 2014[Rn 38] | June 4, 2014 | 95–0 |
| 209 | Tanya S. Chutkan | D.D.C. | January 6, 2014[Rn 12] | June 4, 2014 | 95–0 |
| 210 | M. Hannah Lauck | E.D. Va. | January 6, 2014[Rn 12] | June 10, 2014 | 90–0 |
| 211 | Leo T. Sorokin | D. Mass. | January 6, 2014[Rn 12] | June 10, 2014 | 91–0 |
| 212 | Richard Franklin Boulware II | D. Nev. | January 16, 2014 | June 10, 2014 | 58–35 |
| 213 | Salvador Mendoza, Jr. | E.D. Wash. | January 16, 2014 | June 17, 2014 | 92–4 |
| 214 | Staci Michelle Yandle | S.D. Ill. | January 16, 2014 | June 17, 2014 | 52–44 |
| 215 | Darrin P. Gayles | S.D. Fla. | February 6, 2014 | June 17, 2014 | 98–0 |
| 216 | Paul G. Byron | M.D. Fla. | February 6, 2014 | June 24, 2014 | 94–0 |
| 217 | Carlos Eduardo Mendoza | M.D. Fla. | February 6, 2014 | June 24, 2014 | 94–0 |
| 218 | Beth Bloom | S.D. Fla. | February 6, 2014 | June 24, 2014 | 95–0 |
| 219 | Geoffrey W. Crawford | D. Vt. | May 20, 2014 | June 24, 2014 | 95–0 |
| 220 | Ronnie L. White | E.D. Mo. | January 6, 2014[Rn 11] | July 16, 2014 | 53–44 |
| 221 | André Birotte | C.D. Cal. | April 3, 2014 | July 22, 2014 | 100–0 |

| | | | | | |
|---|---|---|---|---|---|
| | Jr. | | | | |
| 222 | Robin L. Rosenberg | S.D. Fla. | February 26, 2014 | July 22, 2014 | 100–0 |
| 223 | John W. deGravelles | M.D. La. | March 13, 2014 | July 22, 2014 | 100–0 |
| 224 | Randolph D. Moss | D.D.C. | April 3, 2014 | November 13, 2014 | 54–45 |
| 225 | Leigh Martin May | N.D. Ga. | January 6, 2014[Rn 12] | November 13, 2014 | 99–0 |
| 226 | Leslie Joyce Abrams | M.D. Ga. | March 11, 2014 | November 18, 2014 | 100–0 |
| 227 | Mark Howard Cohen | N.D. Ga. | January 6, 2014[Rn 12] | November 18, 2014 | voice vote |
| 228 | Eleanor Louise Ross | N.D. Ga. | January 6, 2014[Rn 12] | November 18, 2014 | voice vote |
| 229 | Pamela Pepper | E.D. Wis. | May 1, 2014 | November 20, 2014 | 95–0 |
| 230 | Brenda K. Sannes | N.D.N.Y | May 8, 2014 | November 20, 2014 | 96–0 |
| 231 | Madeline Cox Arleo | D.N.J. | June 26, 2014 | November 20, 2014 | voice vote |
| 232 | Wendy Beetlestone | E.D. Pa. | June 16, 2014 | November 20, 2014 | voice vote |
| 233 | Victor Allen Bolden | D. Conn. | June 16, 2014 | November 20, 2014 | 49–46 |
| 234 | David J. Hale | W.D. Ky. | June 19, 2014 | December 3, 2014 | voice vote |
| 235 | Mark A. Kearney | E.D. Pa. | June 16, 2014 | December 3, 2014 | voice vote |
| 236 | Jerry Pappert | E.D. Pa. | June 16, 2014 | December 3, 2014 | voice vote |

| | | | | | |
|---|---|---|---|---|---|
| 237 | Gregory N. Stivers | W.D. Ky. | June 19, 2014 | December 4, 2014 | voice vote |
| 238 | Joseph F. Leeson, Jr. | E.D. Pa. | June 16, 2014 | December 4, 2014 | 76–16 |
| 239 | Stephen R. Bough | W.D. Mo. | January 16, 2014 | December 16, 2014 | 51–38 |
| 240 | Jorge Luis Alonso | N.D. Ill. | August 5, 2014 | December 16, 2014 | voice vote |
| 241 | Haywood Stirling Gilliam, Jr. | N.D. Cal. | September 8, 2014 | December 16, 2014 | voice vote |
| 242 | Amit Priyavadan Mehta | D.D.C. | July 31, 2014 | December 16, 2014 | voice vote |
| 243 | Allison Dale Burroughs | D. Mass. | July 31, 2014 | December 16, 2014 | voice vote |
| 244 | John Robert Blakey | N.D. Ill. | August 5, 2014 | December 16, 2014 | voice vote |
| 245 | Amos L. Mazzant III | E.D. Tex. | June 26, 2014 | December 16, 2014 | voice vote |
| 246 | Robert L. Pitman | W.D. Tex. | June 26, 2014 | December 16, 2014 | voice vote |
| 247 | Robert W. Schroeder III | E.D. Tex. | June 26, 2014 | December 16, 2014 | voice vote |
| 248 | Joan Azrack | E.D.N.Y. | September 18, 2014 | December 16, 2014 | voice vote |
| 249 | Elizabeth K. Dillon | W.D. Va. | September 18, 2014 | December 16, 2014 | voice vote |
| 250 | Loretta Copeland Biggs | M.D.N.C. | September 18, 2014 | December 16, 2014 | voice vote |

| | | | | | |
|---|---|---|---|---|---|
| 251 | Alfred H. Bennett | S.D. Tex. | January 7, 2015[Rn 45] | April 13, 2015 | 95–0 | |
| 252 | George C. Hanks, Jr. | S.D. Tex. | January 7, 2015[Rn 45] | April 20, 2015 | 91–0 | |
| 253 | Jill Parrish | D. Utah | January 7, 2015[Rn 45] | May 21, 2015 | 100–0 | |
| 254 | Jose Rolando Olvera, Jr. | S.D. Tex. | January 7, 2015[Rn 45] | May 21, 2015 | 100–0 | |
| 255 | Roseann A. Ketchmark | W.D. Mo. | January 7, 2015[Rn 46] | September 8, 2015 | 96–0 | |
| 256 | Dale A. Drozd | E.D. Cal. | January 7, 2015[Rn 47] | October 5, 2015 | 69–21 | |
| 257 | Ann Donnelly | E.D.N.Y. | January 7, 2015[Rn 46] | October 20, 2015 | 95–2 | |
| 258 | Lawrence J. Vilardo | W.D.N.Y. | February 4, 2015 | October 26, 2015 | 88–0 | |
| 259 | LaShann Moutique DeArcy Hall | E.D.N.Y. | January 7, 2015[Rn 47] | November 16, 2015 | 93–1 | |
| 260 | Travis Randall McDonough | E.D. Tenn. | January 7, 2015[Rn 46] | December 7, 2015 | 89–0 | |
| 261 | Wilhelmina Wright | D. Minn. | April 15, 2015 | January 19, 2016 | 58–36 | |
| 262 | John Michael Vazquez | D.N.J. | March 26, 2015 | January 27, 2016 | 84–2 | |
| 263 | Rebecca Goodgame Ebinger | S.D. Iowa | September 15, 2015 | February 8, 2016 | 83–0 | |
| 264 | Leonard Terry Strand | N.D. Iowa | July 21, 2015 | February 11, 2016 | 93–0 | |

| 265 | Waverly D. Crenshaw, Jr. | M.D. Tenn. | February 4, 2015 | April 11, 2016 | 92–0 |
| 266 | Paula Xinis | D. Md. | March 26, 2015 | May 16, 2016 | 53–34 |
| 267 | Robert F. Rossiter, Jr. | D. Neb. | June 11, 2015 | June 27, 2016 | 90–0 |
| 268 | Brian R. Martinotti | D.N.J. | June 11, 2015 | July 6, 2016 | 92–5 |

# United States Court of International Trade (Article III)

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service | |
|---|-------|-----------------|-------------------|-------------------|---------------------|---|
| 1 | Mark A. Barnett | January 3, 2013[Rn 48] | May 23, 2013 | voice vote | May 28, 2013 | Inc |
| 2 | Claire R. Kelly | January 3, 2013[Rn 31] | May 23, 2013 | voice vote | May 28, 2013 | Inc |
| 3 | Jennifer Choe Groves | July 30, 2015 | June 6, 2016 | voice vote | June 8, 2016 | Inc |
| 4 | Gary Stephen Katzmann | July 30, 2015 | June 6, 2016 | voice vote | September 15, 2016 | Inc |

# Specialty courts (Article I)

## United States Tax Court

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service |
|---|-------|-----------------|-------------------|-------------------|----------------------|
| 1 | Kathleen Kerrigan | May 26, 2011 | March 29, 2012 | voice vote[4] | May 4, 2012 |
| 2 | Albert G. Lauber | May 26, 2011 | January 1, 2013 | voice vote[5] | January 31, 2013 |
| 3 | Ronald Lee Buch | September 15, 2011 | January 1, 2013 | voice vote[6] | January 14, 2013 |
| 4 | Joseph W. Nega | May 9, 2013 | August 1, 2013 | voice vote | September 4, 2013 |
| 5 | Michael B. Thornton | May 9, 2013 | August 1, 2013 | voice vote | August 7, 2013 |
| 6 | Tamara W. Ashford | January 6, 2014[Rn 49] | November 20, 2014 | voice vote | December 19, 2014 |
| 7 | L. Paige Marvel | January 6, 2014[Rn 50] | November 20, 2014 | voice vote | December 3, 2014 |
| 8 | Cary Douglas Pugh | June 9, 2014 | November 20, 2014 | voice vote | December 16, 2014 |

## United States Court of Appeals for Veterans Claims

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service |
|---|-------|-----------------|-------------------|-------------------|----------------------|
| 1 | Margaret Bartley | June 21, 2011 | May 24, 2012 | voice vote | June 28, 2012 |
| 2 | Coral Wong Pietsch | November 1, 2011 | May 24, 2012 | voice vote | June 28, 2012 |
| 3 | William S. Greenberg | November 15, 2012 | December 21, 2012 | voice vote | December 28, 2012 |

## United States Court of Military Commission Review

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service | End acti serv |
|---|-------|-----------------|-------------------|-------------------|----------------------|---------------|
| 1 | William B. Pollard III | November 10, 2011 | June 21, 2012 | voice vote | September 14, 2012 | Incum |
| 2 | Scott Silliman | November 10, 2011 | June 21, 2012 | voice vote | September 12, 2012 | Incum |

## United States Court of Federal Claims

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service | |
|---|-------|-----------------|-------------------|-------------------|----------------------|---|
| 1 | Elaine D. Kaplan | March 19, 2013 | September 17, 2013 | 64–35 | November 6, 2013[7] | In |
| 2 | Patricia E. Campbell-Smith | March 19, 2013 | September 17, 2013 | voice vote | September 19, 2013 | In |
| 3 | Lydia Kay Griggsby | April 10, 2014 | December 4, 2014 | voice vote | January 5, 2015 | In |

### United States Court of Appeals for the Armed Forces

| # | Judge | Nomination date | Confirmation date | Confirmation vote | Began active service | En ac se |
|---|-------|-----------------|-------------------|-------------------|----------------------|----------|
| 1 | Kevin A. Ohlson | March 21, 2013[Rn 51] | October 16, 2013 | unanimous consent | November 1, 2013 | Incu |
| 2 | John E. Sparks | July 30, 2015 | April 5, 2016 | voice vote | April 19, 2016 | Incu |

# Territorial courts (Article IV)

| # | Judge | Court [Note 2] | Nomination date | Confirmation date | Confirmation vote | Began active service | E a s |
|---|-------|----------------|------------------|-------------------|-------------------|---------------------|-------|
| 1 | Ramona Villagomez Manglona | D.N. Mar. I. | January 26, 2011 | July 26, 2011 | voice vote | July 29, 2011 | Inc |
| 2 | Wilma A. Lewis | D.V.I. | March 2, 2011 | June 30, 2011 | voice vote | August 1, 2011 | Inc |

## See also

- Federal Judicial Center
- Barack Obama judicial appointment controversies
- Barack Obama Supreme Court candidates

## Notes

### Courts

1. ^ See List of United States district and territorial courts

2. ^ See List of United States district and territorial courts

### Renominations

1. ^ Originally nominated on June 10, 2010. Subsequently renominated on January 5, 2011.

2. ^ *a b c* Originally nominated on September 29, 2010. Subsequently renominated on January 5, 2011.

3. ^ *a b c* Originally nominated on May 20, 2010. Subsequently renominated on January 5, 2011.

4. ^ *a b c d e f g h* Originally nominated on December 1, 2010. Subsequently renominated on January 5, 2011.

5. ^ *a b* Originally nominated on January 23, 2012. Subsequently renominated on January 3, 2013.

6. ^ Originally nominated on November 10, 2011. Subsequently renominated on January 3, 2013.

7. ^ Originally nominated on October 5, 2011. Subsequently renominated on January 3, 2013.

8. ^ *a b* Originally nominated on June 11, 2012. Subsequently renominated on January 3, 2013.

9. ^ Originally nominated on May 16, 2013. Subsequently renominated on January 6, 2014.

10. ^ *a b c* Originally nominated on August 1, 2013. Subsequently renominated on January 6, 2014.

11. ^ *a b c d* Originally nominated on November 7, 2013. Subsequently renominated on January 6, 2014.

12. ^ *a b c d e f g h i* Originally nominated on December 19, 2013. Subsequently renominated on January 6, 2014.

13. ^ Originally nominated on September 24, 2013. Subsequently renominated on January 6, 2014.

14. ^ Originally nominated on February 16, 2012. Subsequently renominated on January 4, 2013, January 6, 2014.

15. ^ *a b* Originally nominated on November 12, 2014. Subsequently renominated on January 7, 2015.

16. ^ *a b c d* Originally nominated on July 14, 2010. Subsequently renominated on January 5, 2011.

17. ^ Originally nominated on April 28, 2010. Subsequently renominated on January 5, 2011.

18. ^ Originally nominated on March 17, 2010. Subsequently renominated on January 5, 2011.

19. ^ Originally nominated on June 17, 2010. Subsequently nominated to a different seat on the same court on July 14, 2010 and renominated on January 5, 2011.

20. ^ *a b* Originally nominated on May 27, 2010. Subsequently renominated on January 5,

2011.

21. ^ *a b* Originally nominated on June 17, 2010. Subsequently renominated on January 5, 2011.

22. ^ *a b c d e f* Originally nominated on November 17, 2010. Subsequently renominated on January 5, 2011.

23. ^ Originally nominated on March 10, 2010. Subsequently renominated on September 13, 2010 and January 5, 2011.

24. ^ Originally nominated on August 6, 2009. Subsequently renominated on January 20, 2010, September 13, 2010 and January 5, 2011.

25. ^ Originally nominated on July 21, 2010. Subsequently renominated on January 5, 2011.

26. ^ Originally nominated on July 28, 2010. Subsequently renominated on January 5, 2011.

27. ^ Originally nominated on August 2, 2012. Subsequently renominated on January 3, 2013.

28. ^ *a b c* Originally nominated on June 25, 2012. Subsequently renominated on January 3, 2013.

29. ^ *a b c* Originally nominated on September 19, 2012. Subsequently renominated on January 3, 2013.

30. ^ *a b* Originally nominated on September 20, 2012. Subsequently renominated on January 3, 2013.

31. ^ *a b c d e f g* Originally nominated on November 14, 2012. Subsequently renominated on January 3, 2013.

32. ^ Originally nominated on April 25, 2012. Subsequently renominated on January 3, 2013.

33. ^ *a b c* Originally nominated on November 27, 2012. Subsequently renominated on January 3, 2013.

34. ^ Originally nominated on February 29, 2012. Subsequently renominated on January 3, 2013.

35. ^ *a b* Originally nominated on June 7, 2013. Subsequently renominated on January 6, 2014.

36. ^ *a b c d e f* Originally nominated on July 25, 2013. Subsequently renominated on January 6, 2014.

37. ^ *a b* Originally nominated on June 20, 2013. Subsequently renominated on January 6, 2014.

38. ^ *a b* Originally nominated on June 26, 2013. Subsequently renominated on January 6, 2014.

39. ^ Originally nominated on May 16, 2013. Subsequently renominated on January 6, 2014.

40. ^ *a b c d e f* Originally nominated on August 1, 2013. Subsequently renominated on January 6, 2014.

41. ^ *a b c d e f g h* Originally nominated on September 19, 2013. Subsequently renominated on January 6, 2014.

42. ^ *a b* Originally nominated on September 25, 2013. Subsequently renominated on January 6, 2014.

43. ^ *a b* Originally nominated on September 24, 2013. Subsequently renominated on January 6, 2014.

44. ^ Originally nominated on June 23, 2011. Subsequently renominated on January 4, 2013, January 6, 2014.

45. ^ *a b c d* Originally nominated on September 18, 2014. Subsequently renominated on January 7, 2015.

46. ^ *a b c* Originally nominated on November 20, 2014. Subsequently renominated on January 7, 2015.

47. ^ *a b* Originally nominated on November 12, 2014. Subsequently renominated on January 7, 2015.

48. ^ Originally nominated on July 12, 2012. Subsequently renominated on January 3, 2013.

49. ^ Originally nominated on September 18, 2013. Subsequently renominated on

January 6, 2014.

50. ^ Originally nominated on July 31, 2013. Subsequently renominated on January 6, 2014.

51. ^ Originally nominated on September 15, 2011. Subsequently renominated on March 21, 2013.

# References

**General**

- "Judges of the United States Courts". *Biographical Directory of Federal Judges*. Federal Judicial Center. Retrieved April 3, 2009.

**Specific**

1. ^ All information on the names, terms of service, and details of appointment of federal judges is derived from the Biographical Directory of Federal Judges, a public-domain publication of the Federal Judicial Center.

2. ^ Current Vacancies in the Federal Judiciary, *uscourts.gov*

3. ^ Summary of Judicial Vacancies, *uscourts.gov*

4. ^ http://thomas.loc.gov/cgi-bin/ntquery/z?nomis:112PN0059900:/

5. ^ http://thomas.loc.gov/cgi-bin/ntquery/z?nomis:112PN0060000:/

6. ^ http://thomas.loc.gov/cgi-bin/ntquery/z?nomis:112PN0096500:/

7. ^ http://www.uscfc.uscourts.gov/elaine-d-kaplan-took-oath-office-november-6-2013-judge-united-states-court-federal-claims

Last edited 15 days ago by Snickers2686

Prepaid Mail            1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:CINCINNATI, OH 45202)
    (Acceptance Date:02/11/2017  11:09
    :43)
    (Label #:9114999944314847410975)
Prepaid Mail            1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:NEW ORLEANS, LA 70130
    )
    (Acceptance Date:02/11/2017  11:10
    :10)
    (Label #:9114999944314847410968)
Prepaid Mail            1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:RICHMOND, VA 23219)
    (Acceptance Date:02/11/2017  11:10
    :25)
    (Label #:9114999944314847410951)
Prepaid Mail            1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:PHILADELPHIA, PA 1910
    6)
    (Acceptance Date:02/11/2017  11:10
    :46)
    (Label #:9114999944314847410944)
Prepaid Mail            1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:NEW YORK, NY 10007)
    (Acceptance Date:02/11/2017  11:11
    :02)
    (Label #:9114999944314847410937)
PM Exp 2-Day            1           $23.75
    (Domestic)
    (WASHINGTON, DC  20001)
    (Weight:0 Lb 3.10 oz)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Monday 02/13/2017 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EL211234585US)
PM Exp                  1           $0.00
Insurance
    (Up to $100.00 included)

Total                               $123.50

Credit Card Remitd                  $123.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX2257)
    (Approval #:07555C)
    (Transaction #:596)

Includes up to $100 insurance


***************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
***************************************

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


***************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
***************************************

................ on stamps and postage

---

*SERVICE ON*

*ALL APPELLATE CHIEF JUDGES*

*USCA 1, 2, 3, 4, 5, 6, 7,*
*8, 9, 10, 11, DCC, FC*

*USCAAF, SCOTUS*

HURLEY
4 MAIN ST
HURLEY
NY
12443-9998
3540650246
02/11/2017     (800)275-8777     11:12 AM
=======================================
Product              Sale      Final
Description          Qty       Price

$6.65 Pri Mail        15       $99.75
    (Unit Price:$6.65)
Prepaid Mail          1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:BOSTON, MA 02210)
    (Acceptance Date:02/11/2017  11:06
    :51)
    (Label #:9114999944314847410913)
Prepaid Mail          1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:WASHINGTON, DC 20543)
    (Acceptance Date:02/11/2017  11:07
    :13)
    (Label #:9114999944314847411064)
Prepaid Mail          1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:WASHINGTON, DC 20530)
    (Acceptance Date:02/11/2017  11:07
    :27)
    (Label #:9114999944314847411057)
Prepaid Mail          1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:WASHINGTON, DC 20530)
    (Acceptance Date:02/11/2017  11:07
    :46)
    (Label #:9114999944314847411040)
Prepaid Mail          1
    (Weight:0 lbs.  2.90 oz.)
    (Destination:WASHINGTON, DC 20001)
    (Acceptance Date:02/11/2017  11:08
    :01)
    (Label #:9114999944314847411033)
Prepaid Mail          1
    (Weight:0 lbs.  3.00 oz.)
    (Destination:ATLANTA, GA 30303)
    (Acceptance Date:02/11/2017  11:08
    :20)
    (Label #:9114999944314847411026)
Prepaid Mail          1
    (Weight:0 lbs.  2.80 oz.)
    (Destination:DENVER, CO 80257)
    (Acceptance Date:02/11/2017  11:08
    :34)
    (Label #:9114999944314847411019)
Prepaid Mail          1
    (Weight:0 lbs.  2.80 oz.)
    (Destination:SAN FRANCISCO, CA 941
    03)
    (Acceptance Date:02/11/2017  11:08
    :55)
    (Label #:9114999944314847411002)
Prepaid Mail          1
    (Weight:0 lbs.  2.80 oz.)
    (Destination:SAINT LOUIS, MO 63102
    )

**(DO NOT WRITE ON SAMPLE FORM)**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing [Insert Title of Document here] was served by first-class mail, postage prepaid, on the _____ day of _____, 20___, upon:

[List Defendants and Addresses here]

_____
(Signature)