# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**HAROLD W. VAN ALLEN**

        Plaintiff(s)

        vs.    Civil Case No: **17-517 (EGS_**

**JOHN G. ROBERTS, ET AL**

        Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification of bulky notice of exhibits to the complaint has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

        ANGELA D. CAESAR**,** Clerk

        /s/Jackie Francis. Deputy Clerk

**Date:** March 20, 2017